Auto-Owners Insurance Company
Auto-Owners Life Insurance Company
Home-Owners Insurance Company
Owners Insurance Company
Property-Owners Insurance Company
Southern-Owners Insurance Company



July 30, 2015

BRANCH CLAIM OFFICE
2066 SUMMIT LAKE DRIVE • P.O. Box 13409
Tallahassee, Florida 32317-3409
850-216-3180  FAX 850-216-3195
888-700-5177
WWW.AUTO-OWNERS.COM

ZURICH NORTH AMERICA
ATTN ORLANDO CLAIMS
MICHELE MECCA
PO BOX 968084
SCHAUMBURG IL 60196-8084

RE: Our Insured: Duval Concrete Contracting Inc.
Claim No.: 78-1093-2014
Policy No.: 078005160
Loss Date: 05-30-2012
Claim No.: 9510082573
Subject: Defense and Indemnity of Catamount Constructors Inc.

Dear Michele:

We are in receipt of your letter dated June 22, 2015. You are requesting that Duval Concrete Contracting Inc. provide a defense for Catamount Constructors Inc. I apologize for the delay but we have been reviewing your request. Per our investigation your client asked us to leave the site while a tropical storm was approaching our area. We cleaned up our area and we were told that Catamount Constructors would notify us when we were allowed back on site. During the shutdown period your client failed to secure the site and allowed individuals to enter into a construction site area. We believe this incident happened as a result of your client not securing the area. Our policy is endorsed with form 55372 which I have attached for your review. We feel when your client asked us to leave our operation was completed. We do not believe we you are entitled to a defense under our policy.

Furthermore, your contract calls for us to indemnify not defend. We are protecting our client and our willing to contribute to the indemnity of this claim. It does not say that we agree to defend. Regretfully, we have to deny your request for defense and indemnity as an additional Insured under our policy. If you have any questions please do not hesitate to contact me at 904-620-8715.

Sincerely,

Mark F. Shannahan, AIC
Senior Field Claim Representative
Tallahassee Branch Claims

/sp

EXHIBIT G

Serving Our Policyholders and Agents for More Than 95 Years

COMMERCIAL GENERAL LIABILITY
55372 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED EXCLUSION - PRODUCTS-COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM.

A. Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, the following exclusion is added:

   2. Exclusions

      This insurance does not apply to:

      Any Additional Insured, as defined in paragraph B. immediately below, for liability arising from the "products-completed operations hazard".

B. Under **SECTION II - WHO IS AN INSURED**, the following is added:

   A person or organization is an Additional Insured, only with respect to liability arising out of "your work" for that Additional Insured by or for you:

   1. If required in a written contract or agreement; or

   2. If required by an oral contract or agreement only if a Certificate of Insurance was issued prior to the loss indicating that the person or organization was an Additional Insured.

C. Under **SECTION III - LIMITS OF INSURANCE**, the following is added:

   The limits of liability for the Additional Insured are those specified in the written contract or agreement between the insured and the owner, lessee or contractor or those specified in the Certificate of Insurance, if an oral contract or agreement, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the limits of insurance shown in the Declarations.

D. **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, is amended as follows.

   1. The following provision is added to 4. Other Insurance:

      This insurance is primary for the Additional Insured, but only with respect to liability arising out of "your work" for that Additional Insured by or for you. Other insurance available to the Additional Insured will apply as excess insurance and not contribute as primary insurance to the insurance provided by this endorsement.

   2. The following provision is added:

      **Other Additional Insured Coverage Issued By Us**

      If this policy provides coverage for the same loss to any Additional Insured specifically shown as an Additional Insured in another endorsement to this policy, our maximum limit of insurance under this endorsement and any other endorsement shall not exceed the limit of insurance in the written contract or agreement between the insured and the owner, lessee or contractor, or the limits provided in this policy, whichever is less. Our maximum limit of insurance arising out of an "occurrence", shall not exceed the limit of insurance shown in the Declarations, regardless of the number of insureds or Additional Insureds.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 2003.